No. 94–1719. MOUNTAINWEST FINANCIAL CORP., FKA SCFC ILC INC., DBA MOUNTAINWEST FINANCIAL v. VISA U. S. A. INC.

C. A. 10th Cir. Motions of American Council on Consumer Awareness et al., American Financial Services Association, and Center for Public Interest Research et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.